# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

159533

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHANNON SHERELL PHILLIPS,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159533
COA: 340942
Washtenaw CC: 17-000132-FH

On order of the Court, the application for leave to appeal the March 21, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



Clerk

s0918